JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TRINIDAD QUIJADA VALENZUELA,<br><br>　　　　　　　Defendant. | No. CR 20-0223JLR<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the court on Defendant Trinidad Q. Valenzuela's Motion for a Continuance of the Trial Date. The court has considered the reasons for the motion and the file herein.

The court finds that the defense counsel on behalf of the defendant is in trial in state court at the time of the current trial date, that counsel needs additional time to determine the need for any pretrial motions pertaining to the evidence, and prepare for trial.

Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice. Further, the ends of justice served by a continuance of this matter from September 27, 2021, outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com

result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time to prepare for trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby ORDERED that the Defendant Trinidad Q. Valenzuela's Motion to Continue the Trial Date is GRANTED. The Pretrial Motions Cut Off Date is continued to January 20, 2022. The Trial Date is continued to February 22, 2022. The defendant shall file a Waiver of Speedy Trial not later than September 1, 2021.

It is further ORDERED that the time from the date of this order, until the new trial date of February 22, 2022, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 30th day of August, 2021.

JAMES L. ROBART
United States District Judge

Presented by:

/S/ Paula T. Olson
PAULA T. OLSON, WSBA#11584
Attorney for Defendant Trinidad Q. Valenzuela

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com