THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-223-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO OR TELEPHONIC HEARING |
| TRINIDAD QUIJADA VALENZUELA, | |
| Defendant. | |

THE COURT has considered Mr. Valenzuela's stipulated motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 01-22 (01/07/22).

THE COURT ORDERS that a guilty plea hearing be scheduled by teleconference on Tuesday, February 15, 2022 at 11:00 a.m. with Magistrate Judge Michelle L. Peterson.

DONE this 10th day of February, 2022.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Trinidad Valenzuela

ORDER TO PROCEED WITH GUILTY PLEA
BY VIDEO OR TELEPHONIC HEARING
(*USA v. Valenzuela*, CR20-223-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100